IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EDWARD CRESS<br><br>　　　　Defendant. | CASE NO.　4:20CR3082<br><br>WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1) The defendant affirms receiving a copy of the indictment;

(2) The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the indictment.

_Edward C Cress_　　　　　　　　　_8/21/2020_
Defendant　　　　　　　　　　　　　Date

_Toni Wilson_　　　　　　　　　　　_8/24/2020_
Attorney for Defendant Toni Wilson　　Date

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this 24th day of August, 2020.

BY THE COURT:

_Cheryl R. Zwart_
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT