IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>EDWARD CHARLES CRESS,<br><br>    Defendant. | 4:20CR3082<br><br>**ORDER** |

  A telephonic conference was convened today to discuss the status of this case. Defense counsel explained that the defendant intends to enter a plea of guilty in the parallel state court case by the end of April 2021. Upon entry of that plea, the government intends to dismiss this case.

  Accordingly,

  IT IS ORDERED:

  1) The clerk shall set a case management deadline of May 3, 2021 to confirm that the government has moved to dismiss this case.

  2) The Court further finds that the time between today's date and May 3, 2021 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately address this case and failing to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

  April 8, 2021.          BY THE COURT:

                     *s/ Cheryl R. Zwart*
                     United States Magistrate Judge