IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:20-CR-3082 |
| vs. | ORDER |
| EDWARD CHARLES CRESS, | |
| Defendant. | |

This matter is before the Court on the plaintiff's motion to dismiss (filing 40). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment.

IT IS ORDERED:

1. The plaintiff's Motion for Dismissal (filing 40) is granted.

2. The indictment is dismissed without prejudice.

Dated this 5th day of May, 2021.

BY THE COURT:

John M. Gerrard
Chief United States District Judge